ORIGINAL

1  R. JASON READ, SBN 117561
2  RYNN & JANOWSKY, LLP
   4100 Newport Place Drive, Suite 700
3  Newport Beach, CA 92660
   Tel: (949) 752-2911
4  Facsimile: (949) 752-0953
5  jason@rjlaw.com

FILED
CLERK, U.S. DISTRICT COURT
APR 2 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6  TIM D. HENKEL, Esq., FL Bar No. 817813*
7  DANIEL HIRSCHMAN, Esq., FL Bar No. 44177*
   HENKEL & COHEN, P.A.
8  18001 Old Cutler Road, Suite 600
   Miami, FL 33157
9  Tel.: (305) 971-9474
10 Fax: (305) 971-9479
   tdh@miamibusineslitigators.com
11 dh@miamibusineslitigators.com
12 *Pro Hac Vice Applications Pending

13 Attorneys for Plaintiff
   SOL GROUP MARKETING COMPANY
14

15            IN THE UNITED STATES DISTRICT COURT

16     FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
17

18 SOL GROUP MARKETING              Case No.
   COMPANY, a Florida corporation,   CV13-02898 DSF(PLAx)
19                                   COMPLAINT
             Plaintiff,
20
   vs.                              1. Breach of Contract
21                                  2. PACA Violation: Failure to
   PRODUCERS CHOICE, LLC, a California    Promptly Pay
22 limited liability company; BRIAN   3. PACA Violation:  Damages for
   CAMPOS, an individual; ALLAN DAVIS,    Dissipation of PACA Trust
23 an individual; ARTHUR H. DAVIS, an  4. PACA Violation:  Injunctive Relief
   individual; and DAVIS UNIQUE         to Remedy Dissipation of PACA
24 INVESTMENTS, LLC., a California limited  Trust
   liability company,               5. Breach of Fiduciary Duty
25                                  6. Conversion of PACA Trust
26           Defendants.               Assets
27
                                        1
28

The Plaintiff, Sol Group Marketing Company ("Sol"), hereby sues the Defendants, Producers Choice, LLC ("Producers Choice"), Brian Campos, individually ("Campos"); Allan Davis, individually; Arthur H. Davis, individually; and Davis Unique Investments, LLC (Allan Davis, Arthur Davis, and Davis Unique Investments, LLC are referred to herein as the Davis Defendants), and alleges as follows:

## I. JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction pursuant to the Perishable Agricultural Commodities Act, 7 U.S.C. § 499(e) ("PACA"), because the case presents a federal question under 28 U.S.C. § 1331.

2.     This Court also has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). This is an action between citizens of different states, as alleged in Paragraphs 4 through 6 herein, and the amount in controversy exceeds $75,000.00 exclusive of interest, costs, and attorneys' fees.

3.     This action is appropriately brought in this venue under 28 U.S.C. § 1391 because a substantial portion of the events or omissions giving rise to Sol's claims occurred in this District and also the Defendants are domiciled in this District.

## II. PARTIES

4.     Sol is a Florida corporation with its principal place of business in Pompano Beach, Florida.   Sol is engaged in the business of selling perishable agricultural commodities, principally melons ("Produce"), in interstate commerce, and is a dealer subject to and licensed under the provisions of the PACA.   Sol has registered with the California Secretary of State to do business in this state.

5.     Producers Choice is a California limited liability company with its principal place of business in Los Angeles, California.   Producers Choice is a dealer in wholesale and jobbing quantities of perishable produce sold in interstate commerce and a

2

commission merchant as defined by and subject to PACA and its rules and regulations.

6. Campos is an individual who resides in Los Angeles and is a citizen of California. Campos is an owner, officer, director, and/or manager of Producers Choice, and he is actively involved in managing the company's business. Campos is and during all times mentioned herein has been in a position of control over Producers Choice and the PACA Trust assets belonging to Sol and as such, he is a responsibly connected party under the PACA, pursuant to 7 U.S.C. § 499a(b)(9).

7. Allan Davis is a citizen of California and resides within the jurisdictional boundaries of this Court. He is and during all times mentioned herein has been an owner, officer, director, and/or managing agent or manager of Producers Choice and is listed as a principal on the PACA license of Producers Choice. Allan Davis is in a position of control of Producers Choice and the PACA Trust assets of Sol. He is also a responsibly connected party under the PACA, pursuant to 7 U.S.C. § 499a(b)(9).

8. Arthur H. Davis is a citizen of California and resides within the jurisdictional boundaries of this Court. He is and during all times mentioned herein has been an owner, officer, director, and/or managing agent or manager of Producers Choice and is listed as a principal on Producers Choice's PACA license. Arthur Davis is in a position of control of Producers Choice and the PACA Trust assets of Sol. He is also a responsibly connected party under the PACA, pursuant to 7 U.S.C. § 499a(b)(9).

9. Defendants Brian Campos, Allan Davis and Arthur Davis are collectively referred to herein as "the Individual Defendants."

10. Davis Unique Investments, LLC, is a California limited liability company with its principal place of business in Woodland Hills, California. This LLC is an owner, managing agent, and/or manager of Producers Choice and is also listed as a principal on Producers Choice's PACA license. This entity is in a position of control of Producers Choice and the PACA Trust assets of Sol. Davis Unique Investments, LLC is a

responsibly connected party under the PACA, pursuant to 7 U.S.C. § 499a(b)(9).

11.     Plaintiff is informed, believes and thereon alleges that the Individual Defendants are and during all times mentioned herein were insiders with actual and constructive knowledge of the PACA trust and the provisions set forth therein.

## III. GENERAL FACTUAL ALLEGATIONS

12.     Sol received cantaloupes, honeydews, and watermelons in Los Angeles shipped from Central America to California for sale and distribution in North America. Sol sold large quantities of these melons, exceeding one ton of shipments on different days between January and April 2013, to Producers Choice.

13.     Producers Choice received and accepted the Produce from Sol without objection, including no complaint as to the quality or condition of the Produce.

14.     At or about the date of each sales transaction described above, Sol invoiced Producers Choice for the Produce sales setting forth in detail the amounts owed by Producers Choice for the purchased Produce.  True copies of Sol's invoices are attached hereto as Exhibit A.  As shown on Sol's invoices, the credit terms were 21-days for Producers Choice to pay Sol for the Produce sales.

15.     Producers Choice did not pay Sol the sales price for the Produce sales within 21 days.  A true copy of Sol's statement of account showing the balance as of April 19, 2013 of $502,580.25, $399,248.25 of which is, as of April 19, 2013, due and owing by Producers Choice for Produce sales not paid for within the 21-day payment term is attached hereto as Exhibit B.

16.     Sol has performed all obligations, covenants and conditions required to be performed by Plaintiff related to the sale of the Produce and has also satisfied all conditions precedent to the filing or commencement of this suit, including but not limited to demand, and/or all such conditions have been waived.

4

## IV. CLAIMS FOR RELIEF

## COUNT I
### Common Law Breach of Contract, against Producers Choice

17.     Sol incorporates all allegations set forth in Paragraphs 1 through 16 above as if fully set forth herein.

18.     Producers Choice agreed with Sol to purchase Produce from Sol on 21-days credit terms.  The terms of the parties' contract are contained in Sol's invoices attached hereto as Exhibit A.

19.     Producers Choice breached the parties' contract by not paying within 21 days the total sum of $399,248.25 for the Produce sold by Sol and reflected in Sol's outstanding invoices attached hereto as Exhibit A.

20.     Sol has incurred compensatory damages in the amount of at least $376,336 (and increasing up the principal sum of $502,580.25 as additional invoices become delinquent for the failure to timely pay within 21 days) as a direct result of Producers Choice's failure to timely pay for the Produce.

## COUNT II
### Violation of the PACA - Failure to Account for and Promptly Pay, against all Defendants

21.     Sol incorporates all allegations set forth in Paragraphs 1 through 16 above as if fully set forth herein.

22.     An important provision of the PACA (7 U.S.C. § 499b(4)) is that all purchasers "make full payment promptly" for Produce they have purchased.

23.     Plaintiff has demanded that Defendants pay the amounts due as stated above.  Despite demand, Producers Choice has failed and refused to truly, correctly and accurately account for and make full payment of the proceeds of those transactions. Therefore, Producers Choice has failed to perform the requirements of said contracts of

sale, express and implied, and have breached Defendant's duties to account and to promptly and full pay for the Produce sold, all in violation of the provisions of the PACA and other pertinent regulations issued by the Secretary of Agriculture pursuant to the PACA.

24.   The Individual Defendants are responsibly connected persons to Producers Choice and, pursuant to the PACA and the U.S.D.A. regulations thereunder, are fully responsible for and liable for Producers Choice failure to timely and properly account to Sol and the failure of Producers Choice to promptly pay Sol in full for all Produce sales.

25.   Sol has suffered compensatory damages in the amount of at least $502,580.25 as a direct result of Producers Choice failure to account for and timely pay in full for the Produce sales contrary to the requirements of the PACA.

## COUNT III
### Violation of the PACA -- Failure to Maintain and Dissipation of PACA Trust Assets, against all Defendants

26.   Sol incorporates all allegations set forth in Paragraphs 1 through 16, 18, 19, 23, and 24 above as if fully set forth herein.

27.   At all times herein, Sol was subject to license under PACA and was engaged in the business of selling and shipping wholesale and jobbing quantities of perishable produce, including without limitation the Produce sold to Producers Choice as alleged herein, in interstate commerce. Pursuant to the statutory trust provisions of the PACA [7 U.S.C. §499e *et seq.*], Plaintiff performed and fulfilled all duties required to preserve Sol's PACA trust benefits in the cumulative principal amount of at least $502,580.25, all of which remains unpaid. As such, Sol became a beneficiary of a floating, non-segregated PACA statutory trust on all of Defendants' perishable agricultural commodities, all inventories of food or other products derived from such perishable agricultural commodities, and all receivables and proceeds from the sale of

6

such perishable agricultural commodities, products and assets derived therefrom pursuant to 7 U.S.C. § 499e(c)(1)-(4) of the PACA, upon Producers Choice's receipt and acceptance of the produce sold by Sol.

28.    Sol is entitled to the protection of the PACA Trust.   Sol, as a PACA licensee, is allowed pursuant to 7 U.S.C. § 499(e)(c)(4) to preserve the PACA Trust by including the statutorily-required trust notice in its invoices.  Sol's invoices attached hereto, at the bottom of each statement, include the PACA Trust language required by 7 U.S.C. § 499(e)(c)(4).   Furthermore, Sol's payment terms of 21 days are within the PACA Trust's definition of prompt payment not exceeding 30 days, pursuant to 7 C.F.R. § 46.46(e)(2).

29.    The PACA Trust requires Defendants, and each of them, as statutory PACA trustees, to hold and preserve such goods, inventories, proceeds and receivables in trust for the benefit of Plaintiff until full payment has been made to Plaintiffs.  Plaintiff alleges that Defendants have failed to maintain the trust assets and keep them available to satisfy Defendants' obligations to Plaintiff all in violation of the provisions of the PACA, 7 U.S.C. § 499(b)(4) and the PACA Trust regulations promulgated by the Secretary of Agriculture, 7 C.F.R. § 46.46.  Defendants have failed to perform the requirements of said statutory trust provisions, express and implied, and have breached Defendants' fiduciary duties to maintain the trust assets, all in violation of the provisions of the PACA, Title 7, U.S.C. §4 99(b)(4) and Title 7 of the Code of Federal Regulations § 46.46 (1984).

30.    The proceeds obtained by Producers Choice from the sale and resale of the Produce purchased on credit from Sol are needed to make full payment promptly to Sol as a PACA trust beneficiary, as required under 7 U.S.C. § 499e.

31.    The Defendants have not maintained and have dissipated the assets of the PACA Trust by not using the proceeds of the sale of Sol's Produce to promptly pay Sol

and instead, have used such sales proceeds for other purposes which, upon information and belief, included preferential transfers and/or payments in dissipation of the PACA Trust to:  other produce suppliers, attorneys representing the Defendants in unrelated litigation, vendors and other suppliers of goods and services to Producers Choice in the ordinary course of business and/or otherwise, and payment of monies and/or other transfer of property to the Defendants and employees of Producers Choice.  The statutory trust created by the PACA unequivocally gives priority to the interest of Plaintiff Sol on all inventories of Produce, all products derived from perishable agricultural commodities, and any receivables and proceeds from the sale of such commodities or products that have been transferred to Defendants or other third parties, including secured creditors.

32.    Sol is unaware of the exact details of how the Defendants have used the Produce sold by Sol and all derivative products and sales proceeds therefrom and therefore are in need of an accounting to trace all monies received, transferred, and spent by Producers Choice, Campos, and the Davis Defendants in numerous and/or complicated transactions arranged by the Defendants during the time that the PACA Trust existed in favor of Sol.

33.    Sol has incurred compensatory damages in the amount of at least $502,580.25 as a direct result of the Defendants' failure to preserve the PACA Trust for the benefit of Sol.

## COUNT IV
### Violation of the PACA – Injunctive Relief to Remedy the Failure to Maintain and Dissipation of PACA Trust Assets, against all Defendants

34.    Sol incorporates all allegations set forth in Paragraphs 1 through 16, 18, 19, 23, 24, and 27 through 33 above as if fully set forth herein.

35.    Pursuant to the provisions of the PACA and specifically 7 U.S.C. § 499a *et*

8

*seq.* and § 499e(c)(1) through (4), inclusive, perishable agricultural commodities received by a commission merchant, broker or dealer in all transactions and all inventories or other products derived from these products are held in trust by the receiver for the benefit of the unpaid supplier until such supplier receives full payment of sums owed in connection with such transactions.   The Defendants owed a duty to transfer to Plaintiff the sums owed to Sol for the Produce sales which are the subject of this Complaint.

36.   Plaintiff is informed, believes and thereby alleges that the Defendants have diverted and dissipated the PACA Trust assets that are required to be held for the benefit of Sol and they will continue to divert, transfer, conceal or otherwise make such assets unavailable to Plaintiff in the future unless the Court enters immediate injunctive relief to freeze all of the Defendants' assets to prevent them from concealing, diverting, and transferring the PACA Trust assets until Sol is paid in full for all Produce sales.

37.   Sol has incurred and will continue to suffer great and irreparable harm if the PACA Trust assets are not preserved in that the PACA trust assets will not be preserved and Plaintiff will be unable to pay its own creditors from whom the produce shipped to Defendants was purchased.

38.   Sol has no adequate remedy at law to as fully and as completely protect its PACA Trust rights as is available through relief in equity, including through the remedy of an injunction.

39.   If such diversion of assets is allowed to continue, Sol  will suffer great and irreparable harm if all proceeds of sale, including trust assets of Defendants are dissipated and are forever lost to it.

40.   The balance of the hardships strongly favors Sol's entitlement to its remedies in equity, including issuance of a temporary restraining order and a preliminary injunction to preserve and maintain the PACA Trust assets for the benefit of Sol.  The Defendants will not be damaged or injured in any way by the requested relief because the

9

assets that the Defendants hold are due and owing to Sol. Further, to the extent the assets are secured by the PACA Trust, such assets rightfully belong to Sol and are held in trust by the Defendants for the benefit of Sol.

41.     The public interest strongly favors issuance of injunctive and other equitable relief to Sol. The PACA, and the PACA Trust provisions in particular, create a strong federal public policy favoring strict enforcement of the law's full and prompt payment to sellers of perishable produce and protection of the seller's PACA Trust rights until they are fully paid. The Defendants' actions in failing to promptly pay for the Produce purchased from Sol and their failure to protect and preserve the PACA Trust assets constitute an unreasonable burden on interstate commerce which burden the PACA was intended to remove.

## COUNT V
### Intentional Breach of Fiduciary Duty, against
### All the Defendants

42.     Sol incorporates all allegations set forth in Paragraphs 16, 18, 19, 23, 24, and 27 through 33 above as if fully set forth herein.

43.     Sol reposed trust in the Defendants, as PACA trustees, to make full and prompt payment for all Produce sold and also to preserve and maintain for Sol's benefit the PACA Trust. By virtue of their purchase of perishable agricultural commodities in interstate commerce, and their receipt and acceptance of such produce, the Defendants assumed a position as trustees of the PACA Trust in favor of Sol, as beneficiary.

44.     Plaintiff is informed, believes and thereon alleges that the Defendants intentionally diverted, transferred, and/or concealed payments of monies and/or property to themselves and third parties in knowing violation of Sol's PACA Trust rights.

45.     In so acting, Defendants violated their fiduciary duties as PACA trustees and/or responsibly connected parties under PACA. As such the Defendants, and each of

them, are personally liable to Plaintiff for the breach of their fiduciary duties as PACA trustees in dissipating the PACA trust assets to the extent of $502,580.25, plus interest at the highest rate allowed by law.

46.     As a direct, natural, and proximate cause, Sol has incurred compensatory damages.

47.     Because the Defendants acted intentionally and/or with reckless and callous disregard for Sol's right to receive full and prompt payment on all Produce sales and not have its PACA Trust rights infringed, an award of punitive damages is proper to both punish the Defendants and set an example for other participants in the produce industry to deter such misconduct.

## COUNT VI
### Conversion of PACA Trust Assets,
### <u>against all Defendants</u>

48.     Sol incorporates all allegations set forth in Paragraphs 1 through 46 above as if fully set forth herein.

49.     Sol was, and currently is, entitled to possession of the specific sum of $502,580.25 in total owed to Sol on the sale of Produce to Producers Choice and which amount is secured by the PACA Trust assets.

50.     Sol has demanded the immediate turnover of the above-mentioned sum but Defendants have failed and refused to turn over such sums of money to Sol.

51.     Defendants have converted, and/or are now in the process of converting, to their own use and benefit or for the benefit of third parties other than Sol, the Produce, and derivative products and sales proceeds therefrom, all of which are assets of the PACA Trust in favor of Sol.

52.     Sol has incurred damages as a direct and proximate result of the wrongful conversion of funds due to Sol in the amount of $502,580.25.

WHEREFORE, Sol demands Judgment against Defendants, and each of them as follows:

## COUNT I

### Common Law Breach of Contract Against Producers Choice

1.      For compensatory damages in the amount of at least $376,336 (and increasing up the principal sum of $502,580.25 as additional invoices become delinquent);

2.      For an award of pre- and post-Judgment interest;

3.      For costs of the suit; and

4.      For such other and further relief as the Court deems just and proper.

## COUNT II

### Violation of the PACA - Failure to Account for and Promptly Pay, against all Defendants

1.      For compensatory damages in the amount of at least $502,580.25;

2.      For an award of pre- and post-Judgment interest;

3.      For costs of this suit; and

4.      For such other and further relief as the Court deems just and proper.

## COUNT III

### Violation of the PACA -- Failure to Maintain and Dissipation of PACA Trust Assets, against all Defendants

1.      For a declaratory Judgment that a PACA Trust exists, defying the nature and scope of the PACA Trust, and imposing a trust on all the assets encumbered by the PACA Trust;

2.      For an accounting for all monies and assets dissipated from the PACA Trust by the Defendants;

3.      For a Judgment for compensatory damages against each and every one of

the Defendants, jointly and severally, in the amount of at least $502,580.25;

    4.    For an award of pre- and post-Judgment interest;

    5.    For costs of this suit; and

    6.    For such other and further relief that the Court deems just and proper.

COUNT IV

**Violation of the PACA – Injunctive Relief to Remedy the Failure to Maintain and**

**Dissipation of PACA Trust Assets,**

**against all Defendants**

    1.    For a declaratory Judgment that a PACA Trust exists, defying the nature and scope of the PACA Trust, and imposing a trust on the assets encumbered by the PACA Trust;

    2.    For an accounting for all monies and assets dissipated from the PACA Trust by the Defendants;

    3.    For an *ex parte* order for a temporary restraining order, a preliminary injunction, and a permanent injunction to compel immediate turnover of all amounts subject to the PACA trust and to preserve, maintain, and protect the PACA Trust assets for the benefit of Sol until Sol is fully paid for all Produce sold to Producers Choice;

    4.    For an award of pre- and post-Judgment interest;

    5.    For costs of this suit; and

    6.    For such other and further relief that the Court deems just and proper.

COUNT V

**Intentional Breach of Fiduciary Duty, against**

**All the Defendants**

    1.    For Judgment against each and every one of the Defendants, jointly and severally;

13

2.   For compensatory damages in the principal sum of at least $502,580.25;

3.   For punitive and exemplary damages;

4.   For an award of pre- and post-Judgment interest;

5.   For costs of this suit; and

6.   For such other and further relief that the Court deems just and proper.

## COUNT VI

### Conversion of PACA Trust Assets,

### against all Defendants

1.   For Judgment against each and every one of the Defendants, jointly and severally;

2.   For compensatory damages in the principal sum of at least $502,580.25;

3.   For an award of pre- and post-Judgment interest;

4.   For costs of this suit; and

5.   For such other and further relief that the Court deems just and proper.

Dated:  April 23, 2013.

Respectfully submitted,

HENKEL & COHEN, P.A.

By: _____
TIM D. HENKEL, ESQ.*
Co-Counsel for Plaintiff,
Sol Group Marketing Company
*Pro Hac Vice Application Pending

14

RYNN & JANOWSKY, LLP

By: _____
R. JASON READ, ESQ.
Co-Counsel for Plaintiff,
Sol Group Marketing Company

15

**EXHIBIT A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A – SOL'S INVOICES**

16

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69380Z
**Invoice:** 01/18/13
**Ship:** 01/18/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 01/18/13 | Via: | Trailer lic: | St: |
| Cust PO: 2630 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD A1Z,Guatemala | 960 | ctn | 9.00 | 8,640.00 |
| Cantaloupe Jumbo Box size 12 jumbo SOL CARIBEAN GOLD E1,Guatemala | 245 | ctn | 9.00 | 2,205.00 |
| INVOICE TOTAL: | 1205 | | | 10,845.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

SohGroup Marketing CoLl
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69472Z
**Invoice:** 01/21/13
**Ship:** 01/21/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 01/21/13 | Via: | Trailer lic: | St: |
| Cust PO: 2631 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG Z1A,Guatemala | 371 | ctn | 10.00 | 3,710.00 |
| Honey Dews Regular Box size 6 SOL REG Z1A,Guatemala | 350 | ctn | 10.00 | 3,500.00 |
| INVOICE TOTAL: | 721 | | | 7,210.00 |

******* REVISED INVOICE ********

***Please return a copy of this invoice with your remittance - Thank You***
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sun Group Marketing Co.
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69487Z
**Invoice:** 01/22/13
**Ship:** 01/22/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 01/22/13 | **Via:** | **Trailer lic:** St: |
| **Cust PO:** 4003 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Watermelons 5DN 06 Preferred SOL Pers Seedless E1,Guatemala | 1100 | ctn | 7.50 | 8,250.00 |
| INVOICE TOTAL: | 1100 | | | 8,250.00 |

**_Please return a copy of this invoice with your remittance - Thank You_**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69488Z
**Invoice:** 01/22/13
**Ship:** 01/22/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 01/22/13 | Via: | Trailer lic: | St: |
| Cust PO: 4005 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Watermelons 5DN 06 Preferred SOL Pers Seedless E1,Guatemala | 550 | ctn | 7.50 | 4,125.00 |
| INVOICE TOTAL: | 550 | | | 4,125.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co.
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69507Z
**Invoice:** 01/26/13
**Ship:** 01/26/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 01/25/13 | Via: | Trailer lic: | St: |
| Cust PO: 2635 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 6 SOL REG LL,Honduras | 420 | ctn | 9.00 | 3,780.00 |
| INVOICE TOTAL: | 420 | | | 3,780.00 |

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Song Group Marketing Co.
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69550Z
**Invoice:** 02/02/13
**Ship:** 02/02/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 01/29/13 | Via: | Trailer lic: | St: |
| Cust PO: 4031 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box Size 12 SOLC CARIBEAN GOLD of Honduras | 1152 | ctn | 9.50 | 10,944.00 |
| INVOICE TOTAL: | 1152 | | | 10,944.00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69551Z
**Invoice:** 02/02/13
**Ship:** 02/02/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 01/29/13 | **Via:** | **Trailer lic:**      **St:** |
| **Cust PO:** 2638 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box Size 12 SOL CARIBEAN GOLD LV,Honduras | 576 | ctn | 9.00 | 5,184.00 |
| Cantaloupe Regular Box Size 15 SOL CARIBEAN GOLD LV,Honduras | 576 | ctn | 10.50 | 6,048.00 |
| INVOICE TOTAL: | 1152 | | | 11,232.00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

SohGroup Marketing 2013
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69554Z
**Invoice:** 02/02/13
**Ship:** 02/02/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 01/29/13 | Via: | Trailer lic: | St: |
| Cust PO: 4035 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 9.50 | 10,944.00 |
| INVOICE TOTAL: | 1152 | | | 10,944.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing 2013
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69553Z
**Invoice:** 02/07/13
**Ship:** 02/07/13
**Pay Terms:** Net 21 Days

Sold To: Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Ship To: Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 01/29/13 | Via: | Trailer lic: | St: |
| Cust PO: 4034 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG LL,Honduras | 700 | ctn | 8.00 | 5,600.00 |
| INVOICE TOTAL: | 700 | | | 5,600.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing 2013
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69552Z
**Invoice:** 02/08/13
**Ship:** 02/08/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 01/29/13 | **Via:** | **Trailer lic:** **St:** |
| **Cust PO:** 4033 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 11.00 | 12,672.00 |
| INVOICE TOTAL: | 1152 | | | 12,672.00 |

***Please return a copy of this invoice with your remittance - Thank You***
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing 2013
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69787Z
**Invoice:** 02/11/13
**Ship:** 02/11/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 02/08/13 | Via: | Trailer lic: | St: |
| Cust PO: 4054 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 11.00 | 12,672.00 |
| INVOICE TOTAL: | 1152 | | | 12,672.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69788Z
**Invoice:** 02/11/13
**Ship:** 02/11/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 02/08/13 | **Via:** | **Trailer lic:** St: |
| **Cust PO:** 4067 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 6 SOL REG LL,Honduras | 1386 | ctn | 8.00 | 11,088.00 |
| INVOICE TOTAL: | 1386 | | | 11,088.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing 2013
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69881Z
**Invoice:** 02/11/13
**Ship:** 02/11/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | | | |
|---|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** | | |
| **Order:** 02/11/13 | **Via:** | **Trailer lic:** | | **St:** |
| **Cust PO:** 2642 | **Currency:** USD | **Broker:** | | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box Size 15 SOL CARIBEAN GOLD LV,Honduras | 640 | ctn | 8.00 | 5,120.00 |
| Honey Dews Regular Box size 6 SOL REG LL,Honduras | 210 | ctn | 9.00 | 1,890.00 |
| INVOICE TOTAL: | 850 | | | 7,010.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing 2013
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69962Z
**Invoice:** 02/13/13
**Ship:** 02/13/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 02/13/13 | Via: | Trailer lic: | St: |
| Cust PO: 2644 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG LL,Honduras | 350 | ctn | 9.00 | 3,150.00 |
| INVOICE TOTAL: | 350 | | | 3,150.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69970Z
**Invoice:** 02/16/13
**Ship:** 02/16/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 02/15/13 | Via: | Trailer lic: | St: |
| Cust PO: 2645 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 6 SOL REG LL,Honduras | 1470 | ctn | 8.00 | 11,760.00 |
| INVOICE TOTAL: | 1470 | | | 11,760.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing 2013
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69971Z
**Invoice:** 02/16/13
**Ship:** 02/16/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 02/15/13 | Via: | Trailer lic: | St: |
| Cust PO: 2646 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 11.00 | 12,672.00 |
| INVOICE TOTAL: | 1152 | | | 12,672.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69972Z
**Invoice:** 02/16/13
**Ship:** 02/16/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| **Sale Terms:** FOB | | **Salesperson:** Chris Cordasco | | **Carrier:** | |
| **Order:** 02/15/13 | | **Via:** | | **Trailer lic:** | **St:** |
| **Cust PO:** 4080 | | **Currency:** USD | | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 10.00 | 11,520.00 |
| INVOICE TOTAL: | 1152 | | | 11,520.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sohl Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69973Z
**Invoice:** 02/16/13
**Ship:** 02/16/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: | FOB | Salesperson: | Chris Cordasco | Carrier: | |
|---|---|---|---|---|---|
| Order: | 02/15/13 | Via: | | Trailer lic: | St: |
| Cust PO: | 4078 | Currency: | USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 11.00 | 12,672.00 |
| INVOICE TOTAL: | 1152 | | | 12,672.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 69925Z
**Invoice:** 02/19/13
**Ship:** 02/19/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 02/18/13 | Via: | Trailer lic: | St: |
| Cust PO: 4090 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 10.50 | 12,096.00 |
| INVOICE TOTAL: | 1152 | | | 12,096.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sun Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71377Z
**Invoice:** 02/23/13
**Ship:** 02/23/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco |
| **Order:** 02/21/13 | **Via:** |
| **Cust PO:** 2647 | **Currency:** USD |

**Carrier:**
**Trailer lic:**          **St:**
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD of Honduras | 1152 | ctn | 11.00 | 12,672.00 |
| INVOICE TOTAL: | 1152 | | | 12,672.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71378Z
**Invoice:** 02/23/13
**Ship:** 02/23/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 02/21/13 | Via: | Trailer lic: | St: |
| Cust PO: 2648 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 11.00 | 12,672.00 |
| INVOICE TOTAL: | 1152 | | | 12,672.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sun Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71381Z
**Invoice:** 02/25/13
**Ship:** 02/25/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** | |
| **Order:** 02/25/13 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 4112 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG LL,Honduras | 350 | ctn | 10.00 | 3,500.00 |
| INVOICE TOTAL: | 350 | | | 3,500.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing 2013
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71383Z
**Invoice:** 02/26/13
**Ship:** 02/26/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** | |
| **Order:** 02/25/13 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 4108 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG PQ,Honduras | 1470 | ctn | 10.00 | 14,700.00 |
| INVOICE TOTAL: | 1470 | | | 14,700.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sen Group Marketing Corp.
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:**  89021Z
**Invoice:** 03/02/13
**Ship:**    03/02/13
**Pay Terms:**  Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 03/01/13 | Via: | Trailer lic: | |
| Cust PO: 2651 | Currency: USD | Broker: | St: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews 6 DOWN 05 SOL REG PQ,Honduras | 480 | ctn | 10.00 | 4,800.00 |
| INVOICE TOTAL: | 480 | | | 4,800.00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sebring Group Marketing Co.
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71435Z
**Invoice:** 03/06/13
**Ship:** 03/06/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco |
| **Order:** 03/06/13 | **Via:** |
| **Cust PO:** 4144 | **Currency:** USD |

**Carrier:**
**Trailer lic:**   **St:**
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews 6 DOWN 05 SOL REG PQ,Honduras | 310 | ctn | 11.00 | 3,410.00 |
| INVOICE TOTAL: | 310 | | | 3,410.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Song Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71481Z
**Invoice:** 03/08/13
**Ship:** 03/08/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 03/01/13 | Via: | Trailer lic: | St: |
| Cust PO: 4126 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 11.00 | 12,672.00 |
| INVOICE TOTAL: | 1152 | | | 12,672.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71444Z
**Invoice:** 03/09/13
**Ship:** 03/09/13
**Pay Terms:** Net 21 Days

| Sold To: | Producer's Choice LLC | Ship To: | Producer's Choice LLC |
|---|---|---|---|
| | 2301 E 7th Street | | 323-266-2600 |
| | Ste 103 Box 4 | | 2301 E 7th Street |
| | Los Angeles CA 90023-1035 | | Ste 103 Box 4 |
| | | | Los Angeles CA 90023-1035 |

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 03/08/13 | Via: | Trailer lic: | St: |
| Cust PO: 4128 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG LL,Honduras | 560 | ctn | 12.00 | 6,720.00 |
| INVOICE TOTAL: | 560 | | | 6,720.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71451Z
**Invoice:** 03/12/13
**Ship:** 03/12/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 03/12/13 | Via: | Trailer lic: | St: |
| Cust PO: 4149 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1024 | ctn | 11.00 | 11,264.00 |
| INVOICE TOTAL: | 1024 | | | 11,264.00 |

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:**  71459Z
**Invoice:** 03/14/13
**Ship:**    03/14/13
**Pay Terms:**  Net 21 Days

| Sold To: | Producer's Choice LLC | Ship To: | Producer's Choice LLC |
|---|---|---|---|
| | 2301 E 7th Street | | 323-266-2600 |
| | Ste 103 Box 4 | | 2301 E 7th Street |
| | Los Angeles CA 90023-1035 | | Ste 103 Box 4 |
| | | | Los Angeles CA 90023-1035 |

Page 1 of 1

| Sale Terms:  FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 03/14/13 | Via: | Trailer lic: | St: |
| Cust PO: 4139 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG LL,Honduras | 700 | ctn | 12.00 | 8,400.00 |
| INVOICE TOTAL: | 700 | | | 8,400.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71460Z
**Invoice:** 03/14/13
**Ship:** 03/14/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 03/14/13 | **Via:** | **Trailer lic:**                    **St:** |
| **Cust PO:** 2665 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box Size 12 SOL CARIBEAN GOLD LV,Honduras | 192 | ctn | 17.00 | 3,264.00 |
| INVOICE TOTAL: | 192 | | | 3,264.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71461Z
**Invoice:** 03/16/13
**Ship:** 03/16/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 03/15/13 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 4178 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 6 SOL REG LL,Honduras | 700 | ctn | 12.00 | 8,400.00 |
| INVOICE TOTAL: | 700 | | | 8,400.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:**  71452Z
**Invoice:**  03/18/13
**Ship:**    03/18/13
**Pay Terms:**  Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | | | |
|---|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** | | |
| **Order:** 03/12/13 | **Via:** | **Trailer lic:** | **St:** | |
| **Cust PO:** 4150 | **Currency:** USD | **Broker:** | | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 10.75 | 12,384.00 |
| Recorder | | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1152 | | | 12,407.50 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 71464Z
**Invoice:** 03/18/13
**Ship:**    03/18/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 03/15/13 | **Via:** | **Trailer lic:** St: |
| **Cust PO:** 4138 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG Z1, Guatemala | 560 | ctn | 12.00 | 6,720.00 |
| INVOICE TOTAL: | 560 | | | 6,720.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89267Z
**Invoice:** 03/18/13
**Ship:** 03/18/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 03/18/13 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** 4151 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box Size 12 SOL CARIBEAN GOLD LV,Honduras | 512 | ctn | 10.75 | 5,504.00 |
| INVOICE TOTAL: | 512 | | | 5,504.00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89269Z
**Invoice:** 03/19/13
**Ship:**   03/19/13
**Pay Terms:**  Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** | |
| **Order:** 03/19/13 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 4188 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box Size 12 SOL CARIBEAN GOLD A1,Guatemala | 640 | ctn | 10.75 | 6,880.00 |
| INVOICE TOTAL: | 640 | | | 6,880.00 |

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89270Z
**Invoice:** 03/19/13
**Ship:**   03/19/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 03/19/13 | Via: | Trailer lic: | St: |
| Cust PO: 4187 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG Z1, Guatemala | 700 | ctn | 10.00 | 7,000.00 |
| INVOICE TOTAL: | 700 | | | 7,000.00 |

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89278Z
**Invoice:** 03/21/13
**Ship:**   03/21/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 03/21/13 | Via: | Trailer lic: | St: |
| Cust PO: 2669 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 256 | ctn | 17.00 | 4,352.00 |
| INVOICE TOTAL: | 256 | | | 4,352.00 |

**_Please return a copy of this invoice with your remittance - Thank You_**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89279Z
**Invoice:** 03/21/13
**Ship:** 03/21/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 03/21/13 | **Via:** | **Trailer lic:**       **St:** |
| **Cust PO:** 4152-R | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD of Honduras | 735 | ctn | 10.75 | 7,901.25 |
| Recorder | | | 23.50 | 23.50 |
| INVOICE TOTAL: | 735 | | | 7,924.75 |

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89283Z
**Invoice:** 03/23/13
**Ship:**   03/23/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 03/23/13 | **Via:** | **Trailer lic:**   **St:** |
| **Cust PO:** 4153 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 640 | ctn | 10.75 | 6,880.00 |
| INVOICE TOTAL: | 640 | | | 6,880.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89288Z
**Invoice:** 03/25/13
**Ship:**   03/25/13
**Pay Terms:**  Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: | FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|---|
| Order: | 03/25/13 | Via: | Trailer lic: | St: |
| Cust PO: | 4201 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews Regular Box size 5 SOL REG LL,Honduras | 1540 | ctn | 12.00 | 18,480.00 |
| INVOICE TOTAL: | 1540 | | | 18,480.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89300Z
**Invoice:** 03/27/13
**Ship:** 03/27/13
**Pay Terms:** Net 21 Days

| Sold To: | Producer's Choice LLC<br>2301 E 7th Street<br>Ste 103 Box 4<br>Los Angeles CA 90023-1035 | Ship To: | Producer's Choice LLC<br>323-266-2600<br>2301 E 7th Street<br>Ste 103 Box 4<br>Los Angeles CA 90023-1035 |
|---|---|---|---|

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 03/27/13 | Via: | Trailer lic: | St: |
| Cust PO: 4203 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 13.00 | 14,976.00 |
| INVOICE TOTAL: | 1152 | | | 14,976.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89498Z
**Invoice:** 03/28/13
**Ship:**  03/28/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: | FOB | Salesperson: | Chris Cordasco | Carrier: | |
| Order: | 03/28/13 | Via: | | Trailer lic: | St: |
| Cust PO: | 2674 | Currency: | USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box Size 12 SOL CARIBEAN GOLD LV,Honduras | 384 | ctn | 16.00 | 6,144.00 |
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 128 | ctn | 14.00 | 1,792.00 |
| INVOICE TOTAL: | 512 | | | 7,936.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:**  89499Z
**Invoice:** 03/28/13
**Ship:**    03/28/13
**Pay Terms:**  Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** |
| **Order:** 03/28/13 | **Via:** | **Trailer lic:**            **St:** |
| **Cust PO:** 4200 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 13.00 | 14,976.00 |
| INVOICE TOTAL: | 1152 | | | 14,976.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89511Z
**Invoice:** 04/01/13
**Ship:** 04/01/13
**Pay Terms:** Net 21 Days

Sold To: Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Ship To: Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

Sale Terms: FOB
Order: 03/29/13
Cust PO: 4197

Salesperson: Chris Cordasco
Via:
Currency: USD

Carrier:
Trailer lic:
Broker:

St:

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 13.00 | 14,976.00 |
| INVOICE TOTAL: | 1152 | | | 14,976.00 |

### Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89512Z
**Invoice:** 04/01/13
**Ship:**   04/01/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** | |
| **Order:** 03/29/13 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 4204 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 1152 | ctn | 13.00 | 14,976.00 |
| INVOICE TOTAL: | 1152 | | | 14,976.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89551Z
**Invoice:** 04/01/13
**Ship:** 04/01/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Chris Cordasco | **Carrier:** | |
| **Order:** 04/01/13 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** 2675 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD E1Z,Guatemala | 128 | ctn | 13.00 | 1,664.00 |
| Cantaloupe Regular Box Size 12 SOL CARIBEAN GOLD LV,Honduras | 256 | ctn | 13.00 | 3,328.00 |
| INVOICE TOTAL: | 384 | | | 4,992.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** T74636T
**Invoice:** 04/09/13
**Ship:**    04/09/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Troy Mesa | **Carrier:** | |
| **Order:** 04/09/13 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** N/A | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 128 | ctn | 17.00 | 2,176.00 |
| INVOICE TOTAL: | 128 | | | 2,176.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89657Z
**Invoice:** 04/10/13
**Ship:**     04/10/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 04/09/13 | Via: | Trailer lic: | St: |
| Cust PO:4252 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD of Honduras | 1152 | ctn | 11.00 | 12,672.00 |
| Cantaloupe Regular Box Size 12 SOL CARIBEAN GOLD of Honduras | 128 | ctn | 11.00 | 1,408.00 |
| Cantaloupe Regular Box Size 15 SOL CARIBEAN GOLD LV,Honduras | 64 | ctn | 10.00 | 640.00 |
| INVOICE TOTAL: | 1344 | | | 14,720.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89833Z
**Invoice:** 04/ 12/13
**Ship:** 04/ 12/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
|---|---|---|---|
| Order: 04/ 11/13 | Via: | Trailer lic: | St: |
| Cust PO: 4269 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD A1E,Guatemala | 882 | ctn | 10.00 | 8,820.00 |
| INVOICE TOTAL: | 882 | | | 8,820.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**Sol Group Marketing Co**
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89839Z
**Invoice:** 04/ 13/13
**Ship:**    04/ 13/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

| Sale Terms: FOB | Salesperson: Chris Cordasco | Carrier: | |
| Order: 04/ 12/13 | Via: | Trailer lic: | St: |
| Cust PO: 2681 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box size 9 SOL CARIBEAN GOLD LV,Honduras | 192 | ctn | 10.00 | 1,920.00 |
| Cantaloupe Regular Box Size 12 SOL CARIBEAN GOLD of Honduras | 320 | ctn | 10.00 | 3,200.00 |
| Cantaloupe Regular Box Size 15 SOL CARIBEAN GOLD LV,Honduras | 320 | ctn | 10.00 | 3,200.00 |
| INVOICE TOTAL: | 832 | | | 8,320.00 |

***Please return a copy of this invoice with your remittance - Thank You***
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:**  89873Z
**Invoice:**  04/17/13
**Ship:**   04/17/13
**Pay Terms:**  Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

**Sale Terms:**  FOB
**Order:** 04/17/13
**Cust PO:** 4268

**Salesperson:** Chris Cordasco
**Via:**
**Currency:** USD

**Carrier:**
**Trailer lic:**                  **St:**
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD A1E,Guatemala | 980 | ctn | 10.00 | 9,800.00 |
| INVOICE TOTAL: | 980 | | | 9,800.00 |

### Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

**Invoice #:** 89874Z
**Invoice:** 04/17/13
**Ship:** 04/17/13
**Pay Terms:** Net 21 Days

**Sold To:** Producer's Choice LLC
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

**Ship To:** Producer's Choice LLC
323-266-2600
2301 E 7th Street
Ste 103 Box 4
Los Angeles CA 90023-1035

Page 1 of 1

**Sale Terms:** FOB
**Order:** 04/17/13
**Cust PO:** 4267

**Salesperson:** Chris Cordasco
**Via:**
**Currency:** USD

**Carrier:**
**Trailer lic:**
**Broker:**

**St:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Honey Dews 6 DOWN 05 SOL REG Z1, Guatemala | 1320 | ctn | 9.00 | 11,880.00 |
| INVOICE TOTAL: | 1320 | | | 11,880.00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**EXHIBIT B**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B – SOL'S STATEMENT OF ACCOUNT**
**(as of April 19, 2013)**

17

**Age Analysis by Customer/Ship Date**

Sol Group Marketing Co

| Ship Date | Order No. | Cust PO | Slsprsn | Pay Terms | Sale Terms | Hold | Invc Amt | Rcpt Amt | Balance | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| **Producer's Choice LLC** | | | **PROCHO** | Phone: (323) 266-2600 | | Credit Limit Amt: 50,000.00 | | Credit Limit Days: 21 | | |
| 01/ 18/13 | 69380Z | 2630 | Chris Corda | Net 21 Days | FOB | No | 10,845.00 | .00 | 10,845.00 | 92 |
| 01/ 21/13 | 69472Z | 2631 | Chris Corda | Net 21 Days | FOB | No | 7,210.00 | .00 | 7,210.00 | 89 |
| 01/ 22/13 | 69487Z | 4003 | Chris Corda | Net 21 Days | FOB | No | 8,250.00 | .00 | 8,250.00 | 88 |
| 01/ 22/13 | 69488Z | 4005 | Chris Corda | Net 21 Days | FOB | No | 4,125.00 | .00 | 4,125.00 | 88 |
| 01/ 26/13 | 69507Z | 2635 | Chris Corda | Net 21 Days | FOB | No | 3,780.00 | .00 | 3,780.00 | 84 |
| 02/ 02/13 | 69550Z | 4031 | Chris Corda | Net 21 Days | FOB | No | 10,944.00 | .00 | 10,944.00 | 77 |
| 02/ 02/13 | 69551Z | 2638 | Chris Corda | Net 21 Days | FOB | No | 11,232.00 | .00 | 11,232.00 | 77 |
| 02/ 02/13 | 69554Z | 4035 | Chris Corda | Net 21 Days | FOB | No | 10,944.00 | .00 | 10,944.00 | 77 |
| 02/ 07/13 | 69553Z | 4034 | Chris Corda | Net 21 Days | FOB | No | 5,600.00 | .00 | 5,600.00 | 72 |
| 02/ 08/13 | 69552Z | 4033 | Chris Corda | Net 21 Days | FOB | No | 12,672.00 | .00 | 12,672.00 | 71 |
| 02/ 11/13 | 69787Z | 4054 | Chris Corda | Net 21 Days | FOB | No | 12,672.00 | .00 | 12,672.00 | 68 |
| 02/ 11/13 | 69788Z | 4067 | Chris Corda | Net 21 Days | FOB | No | 11,088.00 | .00 | 11,088.00 | 68 |
| 02/ 11/13 | 69881Z | 2642 | Chris Corda | Net 21 Days | FOB | No | 7,010.00 | .00 | 7,010.00 | 68 |
| 02/ 13/13 | 69962Z | 2644 | Chris Corda | Net 21 Days | FOB | No | 3,150.00 | .00 | 3,150.00 | 66 |
| 02/ 16/13 | 69970Z | 2645 | Chris Corda | Net 21 Days | FOB | No | 11,760.00 | .00 | 11,760.00 | 63 |
| 02/ 16/13 | 69971Z | 2646 | Chris Corda | Net 21 Days | FOB | No | 12,672.00 | .00 | 12,672.00 | 63 |
| 02/ 16/13 | 69972Z | 4080 | Chris Corda | Net 21 Days | FOB | No | 11,520.00 | .00 | 11,520.00 | 63 |
| 02/ 16/13 | 69973Z | 4078 | Chris Corda | Net 21 Days | FOB | No | 12,672.00 | .00 | 12,672.00 | 63 |
| 02/ 19/13 | 69925Z | 4090 | Chris Corda | Net 21 Days | FOB | No | 12,096.00 | .00 | 12,096.00 | 60 |
| 02/ 23/13 | 71377Z | 2647 | Chris Corda | Net 21 Days | FOB | No | 12,672.00 | .00 | 12,672.00 | 56 |
| 02/ 23/13 | 71378Z | 2648 | Chris Corda | Net 21 Days | FOB | No | 12,672.00 | .00 | 12,672.00 | 56 |
| 02/ 25/13 | 71381Z | 4112 | Chris Corda | Net 21 Days | FOB | No | 3,500.00 | .00 | 3,500.00 | 54 |
| 02/ 26/13 | 71383Z | 4108 | Chris Corda | Net 21 Days | FOB | No | 14,700.00 | .00 | 14,700.00 | 53 |
| 03/ 02/13 | 89021Z | 2651 | Chris Corda | Net 21 Days | FOB | No | 4,800.00 | .00 | 4,800.00 | 49 |
| 03/ 05/13 | 71430Z | 2655 | Chris Corda | Net 21 Days | FOB | No | 2,496.00 | .00 | 2,496.00 | 46 |
| 03/ 06/13 | 71435Z | 4144 | Chris Corda | Net 21 Days | FOB | No | 3,410.00 | .00 | 3,410.00 | 45 |
| 03/ 08/13 | 71481Z | 4126 | Chris Corda | Net 21 Days | FOB | No | 12,672.00 | .00 | 12,672.00 | 43 |
| 03/ 09/13 | 71444Z | 4128 | Chris Corda | Net 21 Days | FOB | No | 6,720.00 | .00 | 6,720.00 | 42 |
| 03/ 12/13 | 71451Z | 4149 | Chris Corda | Net 21 Days | FOB | No | 11,264.00 | .00 | 11,264.00 | 39 |
| 03/ 14/13 | 71459Z | 4139 | Chris Corda | Net 21 Days | FOB | No | 8,400.00 | .00 | 8,400.00 | 37 |
| 03/ 14/13 | 71460Z | 2665 | Chris Corda | Net 21 Days | FOB | No | 3,264.00 | .00 | 3,264.00 | 37 |
| 03/ 16/13 | 71461Z | 4178 | Chris Corda | Net 21 Days | FOB | No | 8,400.00 | .00 | 8,400.00 | 35 |
| 03/ 18/13 | 71452Z | 4150 | Chris Corda | Net 21 Days | FOB | No | 12,407.50 | .00 | 12,407.50 | 33 |
| 03/ 18/13 | 71464Z | 4138 | Chris Corda | Net 21 Days | FOB | No | 6,720.00 | .00 | 6,720.00 | 33 |
| 03/ 18/13 | 89267Z | 4151 | Chris Corda | Net 21 Days | FOB | No | 5,504.00 | .00 | 5,504.00 | 33 |
| 03/ 19/13 | 89269Z | 4188 | Chris Corda | Net 21 Days | FOB | No | 6,880.00 | .00 | 6,880.00 | 32 |
| 03/ 19/13 | 89270Z | 4187 | Chris Corda | Net 21 Days | FOB | No | 7,000.00 | .00 | 7,000.00 | 32 |
| 03/ 21/13 | 89278Z | 2669 | Chris Corda | Net 21 Days | FOB | No | 4,352.00 | .00 | 4,352.00 | 30 |
| 03/ 21/13 | 89279Z | 4152-R | Chris Corda | Net 21 Days | FOB | No | 7,924.75 | .00 | 7,924.75 | 30 |
| 03/ 23/13 | 89283Z | 4153 | Chris Corda | Net 21 Days | FOB | No | 6,880.00 | .00 | 6,880.00 | 28 |
| 03/ 25/13 | 89288Z | 4201 | Chris Corda | Net 21 Days | FOB | No | 18,480.00 | .00 | 18,480.00 | 26 |
| 03/ 27/13 | 89300Z | 4203 | Chris Corda | Net 21 Days | FOB | No | 14,976.00 | .00 | 14,976.00 | 24 |
| 03/ 28/13 | 89498Z | 2674 | Chris Corda | Net 21 Days | FOB | No | 7,936.00 | .00 | 7,936.00 | 23 |
| 03/ 28/13 | 89499Z | 4200 | Chris Corda | Net 21 Days | FOB | No | 14,976.00 | .00 | 14,976.00 | 23 |
| 04/ 01/13 | 89511Z | 4197 | Chris Corda | Net 21 Days | FOB | No | 14,976.00 | .00 | 14,976.00 | 19 |
| 04/ 01/13 | 89512Z | 4204 | Chris Corda | Net 21 Days | FOB | No | 14,976.00 | .00 | 14,976.00 | 19 |
| 04/ 01/13 | 89551Z | 2675 | Chris Corda | Net 21 Days | FOB | No | 4,992.00 | .00 | 4,992.00 | 19 |
| 04/ 09/13 | T74636T | N/A | Troy Mesa | Net 21 Days | FOB | No | 2,176.00 | .00 | 2,176.00 | 11 |
| 04/ 10/13 | 89657Z | 4252 | Chris Corda | Net 21 Days | FOB | No | 14,720.00 | .00 | 14,720.00 | 10 |
| 04/ 12/13 | 89833Z | 4269 | Chris Corda | Net 21 Days | FOB | No | 8,820.00 | .00 | 8,820.00 | 8 |
| 04/ 12/13 | 89834Z | 4253 | Chris Corda | Net 21 Days | FOB | No | 12,672.00 | .00 | 12,672.00 | 8 |
| 04/ 13/13 | 89839Z | 2681 | Chris Corda | Net 21 Days | FOB | No | 8,320.00 | .00 | 8,320.00 | 7 |
| 04/ 17/13 | 89873Z | 4268 | Chris Corda | Net 21 Days | FOB | No | 9,800.00 | .00 | 9,800.00 | 3 |
| 04/ 17/13 | 89874Z | 4267 | Chris Corda | Net 21 Days | FOB | No | 11,880.00 | .00 | 11,880.00 | 3 |

Total: Producer's Choice LLC     502,580.25    .00    502,580.25

Grand Total:     502,580.25    .00    502,580.25

Number of Invoices: 54

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

## CV13- 2898 DSF (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 752-2911

**FOR OFFICE USE ONLY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SOL GROUP MARKETING COMPANY,

PLAINTIFF(S)

v.

PRODUCERS CHOICE, LLC, BRIAN CAMPOS,
ALLAN DAVIS, ARTHUR H. DAVIS, and DAVIS
UNIQUE INVESTMENTS, LLC,

*SEE ATTACHED*          DEFENDANT(S).

CASE NUMBER

CV13-02898 DSF (PLAx)

**SUMMONS**

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _R. Jason Read_____, whose address is 4100 Newport Place Drive, Suite 700m Newport Beach, CA 92660____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 2 4 2013

Clerk, U.S. District Court

JULIE PRADO

Dated: _____     By: _____
                                              Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

1  R. JASON READ, SBN 117561
2  RYNN & JANOWSKY, LLP
   4100 Newport Place Drive, Suite 700
3  Newport Beach, CA 92660
   Tel: (949) 752-2911
4  Facsimile: (949) 752-0953
5  jason@rjlaw.com

6  TIM D. HENKEL, Esq., FL Bar No. 817813*
7  DANIEL HIRSCHMAN, Esq., FL Bar No. 44177*
   HENKEL & COHEN, P.A.
8  18001 Old Cutler Road, Suite 600
   Miami, FL 33157
9  Tel.: (305) 971-9474
10 Fax: (305) 971-9479
   tdh@miamibusinesslitigators.com
11 dh@miamibusinesslitigators.com
12 *Pro Hac Vice Applications Pending

13 Attorneys for Plaintiff
   SOL GROUP MARKETING COMPANY
14

15            IN THE UNITED STATES DISTRICT COURT
16
       FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
17

| | |
|---|---|
| 18 SOL GROUP MARKETING COMPANY, a Florida corporation, | Case No.: |
| 19 | |
| Plaintiff, 20 | **COMPLAINT** |
| vs. 21 | 1. Breach of Contract |
| | 2. PACA Violation: Failure to Promptly Pay |
| PRODUCERS CHOICE, LLC, a California 22 limited liability company; BRIAN | 3. PACA Violation: Damages for |
| CAMPOS, an individual; ALLAN DAVIS, 23 an individual; ARTHUR H. DAVIS, an | Dissipation of PACA Trust |
| individual; and DAVIS UNIQUE 24 INVESTMENTS, LLC., a California limited | 4. PACA Violation: Injunctive Relief to Remedy Dissipation of PACA Trust |
| liability company, 25 | 5. Breach of Fiduciary Duty |
| 26 | 6. Conversion of PACA Trust Assets |
| Defendants. 27 | |

1

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

SOL GROUP MARKETING COMPANY, a Florida corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

PRODUCERS CHOICE, LLC, a California limited liability company, BRIAN CAMPOS, an individual, ALLAN DAVIS, an individual, ARTHUR H. DAVIS, an individual, DAVIS UNIQUE INVESTMENTS, LLC, a California limited liability company

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
R. JASON READ, RYNN & JANOWSKY, LLP, 4100 Newport Place Drive, Suite 700, Newport Beach, CA 92660, (949) 752-2911

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ In excess of $459,000.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
7 U.S.C. Section 499(e), et seq. - Enforcement of Statutory PACA Trust Provisions

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/Etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Org.
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/Exchange
☐ 890 Other Statutory Actions
☒ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Info. Act
☐ 896 Arbitration
☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
☐ 153 Recovery of Overpayment of Vet. Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accomodations
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405 (g))
☐ 864 SSID Title XVI
☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY: Case Number:** CV13-02898

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)　☐ A. Arise from the same or closely related transactions, happenings, or events; or

　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

　　☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Sol Group Marketing Company | Florida |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All Defendants - County of Los Angeles, CA | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All Claims - County of Los Angeles, CA | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____　DATE: 4-24-13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |