RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOL GROUP MARKETING COMPANY, a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRODUCERS CHOICE, LLC, a California limited liability company; BRIAN CAMPOS, an individual; ALLAN DAVIS, an individual; ARTHUR H. DAVIS, an individual; and DAVIS UNIQUE INVESTMENTS, LLC., a California limited liability company,<br><br>Defendants. | CASE NO: 2:13-CV-02898-DSF-PLA<br><br>**FINAL STIPULATED JUDGMENT AS TO THE DEFENDANTS PRODUCERS CHOICE, LLC AND BRIAN CAMPOS** |

**THIS ACTION** has come before the Court upon Stipulation for an Agreed Order entered into by and between Plaintiff, Sol Group Marketing Company ("Sol"), and the Defendants, Producers Choice, LLC and Brian Campos ("Campos") (collectively, "the Settling Defendants"), and Allan Davis, Arthur H. Davis, and Davis Unique Investments, LLC (collectively, "the Davis Defendants"),

1

for entry of a stipulated judgment pursuant to a settlement agreement reached between Sol and the Settling Defendants. Pursuant to Rule 54(b), *Fed. R. Civ. P.*, the Court determines that there is no just cause for delay and that Judgment should be entered as to the Settling Defendants only, jointly and severally, with the action to proceed as to the other Defendants. Having considered the Stipulation for an Agreed Order, the record in this cause, and being otherwise duly advised, and good cause appearing therefor,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff, Sol Group Marketing Company, shall recover from the Defendants Producers Choice, LLC and Brian Campos, jointly and severally, the amount of $343,704.67, all of which qualifies for protection under the statutory trust provisions of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e, *et seq.*

**IT IS SO ORDERED.**

DATED: June 12, 2013.

_____
Hon. Dale S. Fischer
United States District Judge